v.

### John McHUGH, Secretary of the Army, Appellee.

No. 2011–1536.

United States Court of Appeals, Federal Circuit.

July 12, 2012.

### In re J–MED PHARMACEUTICALS, INC.

No. 2011–1415.

United States Court of Appeals, Federal Circuit.

July 13, 2012.

G. Scott Walters, Smith Currie & Hancock, LLP, of Atlanta, GA, argued for appellant. With him on the brief was Hubert J. Bell, Jr.

Porter F. Fleming, Frommer Lawrence & Haug, LLP, of New York, NY, argued for appellant. Of counsel was Laura E. Krawczyk.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

BRYSON, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**